Big Sky Civil Tr
David Steven Braun TTEE
PO Box 563
Gallatin Gateway, MT 59730-0563
406-404-2027
bsctrustee@4securemail.com



RECEIVED

OCT 26 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| Big Sky Civil Tr          ) | | |
| ) | | |
|    Plaintiff ) | Case No. | |
| ) | | |
| ) | **C   20  07535** | |
| VS.       ) | | |
| ) | | |
| OATH HOLDINGS INC ) | COMPLAINT  **SVK** | |
|     Defendant, ) | | |
| ) | | |
| _____) | | |

## Jurisdiction

  This court has Jurisdiction under 28 U.S.C & 1332.
Plaintiffs and defendants are citizens of different States and
the disputed amount is greater than $75,000.  I also believe
that 42 U.S.C. 1983 applies which also give this court
Jurisdiction under 28 U.S.C. & 1331.

1

## VENUE

Venue is appropriate under 28 U.S.C Code & 1391(b)(1).   It is the District in which the defendant resides and also complies with the Proper Venue clause  that is stated in Paragraph 28 in the Yahoo Terms of Service.  This was found at

https://policies.yahoo.com/us/en/yahoo/terms/utos/index.html

## Plaintiff

This law suite is being brought in the name of the Big Sky Civil Tr under rule 17(f).  Big Sky Civil was set up as a Nevada revocable living trust with the primary purpose of restoring the basic right of a civil process to David Steven Braun,  the owner of dbraun119@yahoo.com.   David is the Trustor,  current Trustee, and main beneficiary of the Big Sky Civil Tr.

## INTRODUCTION/BASIS FOR SUITE

In approximately May of 2013 I opened dbraun119@yahoo.com to use as a general purpose email account for dealing with federal law enforcement,  state and federal courts, attorneys etc to correct  some issues surrounding improper electronic surveillance in one off the DOD facilities.  Unfortunately most if not all off the service and security issues followed me to Yahoo.

2

It is my understanding that outgoing emails from this account represented that the Plaintiff has a serious criminal background, I.E. had been convicted of a serious crime or declared incompetent. In Exhibit 29, an internal email returned buy the FBI records office, on page 3 it is stated that The Plaintiff's Rap sheet contained a caution of ANTI LAW Enforcement and MENTAL SUBJECT. Note the records office heavily redacted the internal email. Exhibit 8 is my correct FBI rap sheet, and Exhibit 27 is a statements from the Montana DCI division stating I also I halve no criminal record and no Alerts of any kind. It is also my belief that email were exported outside of Yahoo and also accessed improperly internally.

## Facts

1. Approximately May of 2013 I opened dbraun119@yahoo.com

2. It was my intention to use it as a general purpose email account for communicating with law enforcement, attorneys, the courts etc. I specifically chose a new vendor because I had perpetual problems with my current vendor.

3. After contacting Yahoo's general counsels office twice, and being contacted buy their concierge service. I filed the Exhibited law suite in Bozeman District Court.

4. At the time, I did not completely understand the issues around the Plaintiff failing this Civil Background Check. I stated the intention off the suite as being formally corrective action.

5. I also approached the Executive Branch and asked them to assist in correcting the non financial issues. This was

around late 2015.    Just before creating the Case in
Bozeman District. Around late December 2015.

6. After doing this,    I guess Yahoo was comfortable enough
   to dismiss the Bozeman District suite on an improper
   venue.   The case was docketed late 2015 and dismissed
   early 2016.

7. David then again approached Yahoo with a request for a
   private settlement.   See the letter dated 7/8/2016,
   Exhibit 16.   It simple went un-responded to.

8. I then sent the Attached letter Exhibit 17 dated
   8/30/2017 to anticipate the first San Jose suit. It
   clearly stated if their is any reason you would dissuade
   or suggest that a formal suite in Federal Court would
   not be warranted, justified or successful, please feel
   free to respond.   This letter also went un-responded
   to.

9. After being completely un-responded to the Plaintiff
   filled suite in the Northern District of California,
   Docket number 17-cv-06294-SVK.

10. The plaintiff served in early January, 2018 the
    Exhibited Discovery Plan.

11. The defendant did finally respond with the Exhibited
    response dated March 12 2018.

12. In the response,   the defendant objected to every
    category.   They were unable to simply state that no
    documents or evidence existed for a specific item, and
    they refused to voluntarily produce any off the
    requested documents.

13. This response shows proof that there are internal
    documents and log files that would substantiate the
    accusations and claims in this suite that among other
    things people who received emails from this account were

lead to believe that I had a criminal record and that emails were exported outside off the company and accessed internally.

14. The defendant filled a motion to stay further discovery until at least the complaint is corrected and the motion to dismiss is disposed off.

15. On 8-10-2018, the court granted Yahoo's motion to dismiss.

16. The dismissal was appealed to the Ninth Circuit Docket No 18-16641.  This appeal was ruled as frivolous, in that the dismissal order in no way indicated that the dismissal was a final judgment and their buy in no would prevent the case from being brought again.  But it is clearly not remand able due to the issue of the then plaintiff Capacity to sue being set to Cannot Sue.

17. To this day,  dbraun119@yahoo.com has not functioned correctly.  I had to move to a small, secure email provider who helped me correct the issues and halve a functioning email account going forward.  I was able to successfully email the Self Help Lawyer a copy off this amended complaint.

18. Between the dismissal of the first Northern District suite  and the docketing of this one,  I halve attempted to get the US Government to correct the data base entry that is causing David's capacity to sue to be set to can be sued but cannot sue.   This has not been completely successful,  and will require further litigation and corrective action.   Their for I halve set up a trust and am bring this suite under rule 17(f).

19. I sent the included letter, Exhibit 32 dated 9/5/2020 to Oath Holdings General Counsels office.  It clearly stated that if you would like to discuss settlement or feal that a subsequent suite in San Jose Federal would be frivolous or a waist of time please contact me.   It did not receive any response.

5

# COUNTS/CLAIMS

## Count 1      Improper Access Buy Yahoo Employees

**Laws Violated:**

> Breach of Contract Breach of the Yahoo Service Agreement
> Negligence Cal Civ 1714(a)
> Fraud  Cal Civ 1709,1710
> Cal Civil 3531
> Probably violation of Criminal Statues
> Any other statues the would be appropriate in addition to
> the above

**Facts:**

> a.    In OATH holdings 3/12/2018 response to the
> request for production item 7,  OATH holdings
> Objected to furnishing the requested records.

> b.    I believe that this shows that there is
> evidence in existence to support the claim of
> improper access buy internal employees.  That
> this is a breach of the service agreement, and
> was done as a knowing and will full act of Yahoo.
> I also believe Yahoo had duty to insure the
> customers privacy and make sure that information
> in the emails was not used improperly in any
> other setting that to charge a person criminally
> in a court of law.

> c.    I also believe that this constitutes a Fraud
> in that Yahoo has obviously intentionally
> prevented the discovery of the true facts in this
> situation.

6

d.    Also for no apparent reason in the transcripts or stated buy the defendant or the court house, the court was unable to set a trial date for this claim and dismissed it with out a final judgement on 8-10-2018.

**Statement of Harm:**

I believe that information in the emails was used improperly.   I halve never in any way been asked to appear in court for any email that came from this account.   I believe that the emails access was used to contact people outside of a formal court proceedings.   Used to question people about court cases and to attempt to prevent contacts with law enforcement and other official entities.   I believe that also were potentially used to pop up and know date and times of general activities. This information can easily be used to cause harm in that you can simple ask say a mechanic to do his work improperly, or a reservation at restraint were a Mickies or a drug can be administered in an order for food among other possible uses.   Obviously the true facts and uses halve yet to be discovered.

**Damages:**

This has caused permanent damage to my health,  taken years to partially correct.   Maid it impossible to continue in my profession as I practiced it before these issues had to be delt with.   I am asking for General,  Special and Punitive damages in the amount of 60,000,000 or acceptable equivalent.

## Count 2    Improper Export Outside of the Company

**Laws Violated:**

Breach of Contract of the Yahoo Service Agreement
Negligence Cal Civ 1714(a)
Fraud  Cal Civ 1709,1710

7

Cal Civil 3531
Probably violation of Criminal Statues
Any other statues the would be appropriate in addition to
the above

**Facts:**

      a. In OATH holdings 3/12/2018 response to the
         request for production item 6,   OATH holdings
         Objected to furnishing the requested records.

      b. I believe that this shows that there is evidence
         in existence to support the claim that email
         were exported outside of the company to a third
         party. That this is breach of the terms of
         service agreement, and was done as a knowing and
         will full act of Yahoo.  I also believe that as
         a minimum Yahoo had duty to police and insure
         that any access buy a third party was not being
         used in a non law enforcement manner.

      c. I also believe that this constitutes a Fraud in
         that Yahoo has obviously intentionally prevented
         the discovery of the true facts in this
         situation.

      d. Also for no apparent reason in the transcripts
         or stated buy the defendant or the court house,
         the court was unable to set a trial date for
         this claim and dismissed it with out a final
         judgement on 8-10-2018.

      e. I also believe that Yahoo is quite negligent in
         that they halve no way of monitoring or dealing
         with improper uses from the down stream party.

**Statement of Harm:**

          I believe that information in the emails was used
improperly.   I halve never in any way been asked to appear in

8

court for any email that came from this account.   I believe
that the emails access was used to contact people outside of a
formal court proceeding.   Used to question people about court
cases and to attempt to prevent contacts with law enforcement
and other official entities.   I believe that also were
potentially used to pop up and know date and times of general
activities. This information can easily be used to cause harm in
that you can simple ask say a mechanic to do his work
improperly, or a reservation at restraint were a Mickies or a
drug can be administered in an order for food among other
possible uses.   Obviously the true facts and uses halve yet to
be discovered.

### Damages:

This has caused permanent damage to my health,  taken
years to partially correct.   Maid it impossible to continue in
my profession as I practiced it before these issues had to be
delt with.   I am asking for General,  Special and Punitive
damages in the amount of 60,000,00 or acceptable equivalent.

## Count 3

## Civil Liability assumed for Failure to Furnish record of contacts from Outside Agencies

**Laws Violated:**

Breach of Contract of the Yahoo Service Agreement
Negligence Cal Civ 1714(a)
Fraud  Cal Civ 1709,1710
Cal Civil 3531
Probably violation of Criminal Statues
Any other statues the would be appropriate in addition to
the above

### Facts:

a. In OATH holdings 3/12/2018 response to the request for production item 5, OATH holdings Objected to furnishing the requested records.

b. I believe that this shows that there is evidence in existence to support the claim of contacts from third party law enforcement and intelligence agencies. That this is breach of the customer agreement, and was done as a knowing and will full act of Yahoo.

c. I also believe that this constitutes a Fraud in that Yahoo has obviously intentionally prevented the discovery of the true facts in this situation.

d. Also for no apparent reason in the transcripts or stated buy the defendant or the court house, the court was unable to set a trial date for this claim and dismissed it with out a final judgement on 8-10-2018.

**Statement of Harm:**

I believe that information was used improperly. I halve never in any way been asked to appear in court for any email that came from this account. I believe that the contacts show criminal or malicious intent buy the third party agencies. I believe that also were potentially used to pop up and know date and times of general activities. I believe that it would also show that the requests and justification were obtained using false or incorrect statement like asking yahoo to provided information based on a different persons criminal record.

**Damages:**

This has caused permanent damage to my health, taken years to partially correct. Maid it impossible to continue in my profession as I practiced it before these issues had to be delt with. I am asking for General, Special and Punitive damages in the amount of 60,000,000 or acceptable equivalent

# Count 4

## Civil Liability assumed buy depicting that the owner/sender of emails from dbraun119@yahho.com had a criminal records or been declared incompetent.

**Laws Violated:**

```
Negligence Cal Civ 1714(a)
Fraud  Cal Civ 1709,1710
Cal Civil 3531
Probably violation of Criminal Statues
Any other statues the would be appropriate in addition to
the above
```

### Facts:

a. In OATH holdings 3/12/2018 response to the request for production item 8, OATH holdings Objected to furnishing the requested records.

b. I believe that this shows that there is evidence in existence to support the claim that people were lead to believe that the owner of dbraun119@yahoo.com had a criminal/and or incompetency declaration on the record, or some other derogatory ruling.  That Yahoo was negligent and probably went along with this as a will full and knowing act, but as a minimum Yahoo had duty to confirm that the Basic facts were correct before allowing dbraun119@yahoo.com to represent the owner had a criminal or incompetency hearing on their record.

c. I also believe that this constitutes a Fraud in that Yahoo has obviously intentionally prevented the discovery of the true facts in this situation.

d. Also for no apparent reason in the transcripts or stated buy the defendant or the court house, the

court was unable to set a trial date for this claim
and dismissed it with out a final judgement on 8-10-
2018.

### Statement of Harm:

I believe that information was used and intended
to prevent making contacts and starting law enforcement
investigations.   This has created major stress,  caused damage
to my health, slurred my name,  been put on medical charts. I
believe the records would also show criminal intent or at least
a deliberate intent to cause harm.  It has wasted years of my
life trying to simple get them to correct this.

### Damages:

This has caused permanent damage to my health,  taken
years to partially correct.   Maid it impossible to continue in
my profession as I practiced it before these issues had to be
delt with.   I am asking for General,  Special and Punitive
damages in the amount of 60,000,000 or acceptable equivalent.

## Count 5

### Yahoo Knowingly maid entries analogous
### to the entries in the Caller ID Database analogous to Exhibit 16.

### Laws Violated:

Negligence Cal Civ 1714(a)
Fraud  Cal Civ 1709,1710
Cal Civil 3531
Probably violation of Criminal Statues
Any other statues the would be appropriate in addition to
the above

### Facts:

a. In OATH holdings 3/12/2018 response to the request
for production item 8,  OATH holdings Objected to

furnishing the requested records. It also failed to provided an itemized response to sub point a-d, including a response to item b.

b. I believe that this shows that there is evidence in existence to support the claim that yahoo employees may halve knowingly maid entries in similar to the caller id name database for dbraun119@yahoo.com. I believe they did this as a knowing and willful act.

c. I also believe that this constitutes a Fraud in that Yahoo has obviously intentionally prevented the discovery of the true facts in this situation.

d. Also for no apparent reason in the transcripts or stated buy the defendant or the court house, the court was unable to set a trial date for this claim and dismissed it with out a final judgement on 8-10-2018.

## Statement of Harm:

I believe that this would show that yahoo knowingly participated in a scheme to cause harm and intended to prevent making contacts and starting law enforcement investigations. This has created major stress, caused damage to my health, slurred my name, been put on medical charts. I believe the records would also show criminal intent or at least a deliberate intent to cause harm. It has prevented countless Job Offers. It has wasted years of my life trying to simple get them to correct this.

## Damages:

This has caused permanent damage to my health, taken years to partially correct. Maid it impossible to continue in my profession as I practiced it before these issues had to be dealt with. I am asking for General, Special and Punitive damages in the amount of 60,000,000 or acceptable equivalent.

# Count 6

## Civil Liability of withheld records of contacts to Yahoo Customer Service

**Laws Violated:**

> Negligence Cal Civ 1714(a)
> Fraud  Cal Civ 1709,1710
> Cal Civil 3531
> Probably violation of Criminal Statues

**Facts:**

a. In OATH holdings 3/12/2018 response to the request for production item 3,  OATH holdings Objected to furnishing the requested records

b. I believe that this shows that there is evidence in existence to support the claim that  yahoo employees  did not attempt to correct the problem.  Yahoo as minimum had a duty to the customer to provided correct and timely expertise and technical support surrounding their email product, and failed to do this.

c. I also believe that this constitutes a Fraud in that Yahoo has obviously intentionally prevented the discovery of the true facts in this situation.

d. Also for no apparent reason in the transcripts or stated buy the defendant or the court house, the court was unable to set a trial date for this claim and dismissed it with out a final judgement on 8-10-2018.

**Statement of Harm:**

I believe that this would show that yahoo knowingly participated in a scheme to cause harm and failed, even after being contacted to even attempt to correct the problem. This has created major stress, caused damage to my health, slurred my name, incorrect information has been put on medical charts. I believe the records would also show criminal intent or at least a deliberate intent to cause harm. It has wasted years of my life trying to simple get them to correct this.

**Damages:**

This has caused permanent damage to my health, taken years to partially correct. Maid it impossible to continue in my profession as I practiced it before these issues had to be dealt with. I am asking for General, Special and Punitive damages in the amount of 60,000,000 or acceptable equivalent.

# Count 7

## Civil Liability of withheld records from contacts to Yahoo Legal

**Laws Violated:**

Negligence Cal Civ 1714(a)
Fraud Cal Civ 1709,1710
Cal Civil 3531
Probably violation of Criminal Statues
Any other statues the would be appropriate in addition to the above

**Facts:**

a. In OATH holdings 3/12/2018 response to the request for production item 4, OATH holdings Objected to furnishing the internal records generated buy 4 submission to the yahoo general counsels office.

b. I believe that this shows that there is evidence in
   existence to support the claim that  yahoo employees may
   halve knowingly did not attempt to correct the problem.
   That their was improper access of the account, and breach
   of the terms of service agreement as well as other problem
   I also believe that it will show that yahoo was quite
   negligent and knowingly did not attempt to correct the
   service and improper access issues that surrounded the
   account.

c. I also believe that this constitutes a Fraud in that Yahoo
   has obviously intentionally prevented the discovery of the
   true facts in this situation.

d. Also for no apparent reason in the transcripts or stated
   buy the defendant or the court house, the court was unable
   to set a trial date for this claim and dismissed it with
   out a final judgement on 8-10-2018.

## Statement of Harm:

I believe that this would show that yahoo knowingly
participated in a scheme to cause harm and failed, even after
being contacted to even attempt to correct the problem. This has
created major stress,  caused damage to my health, slurred my
name, incorrect information has been put on medical charts. I
believe the records would also show criminal intent or at least
a deliberate intent to cause harm.  It has wasted years of my
life trying to simple get them to correct this.

## Damages:

This has caused permanent damage to my health,  taken
years to partially correct.  Maid it impossible to continue in
my profession as I practiced it before these issues had to be
dealt with.  I am asking for General,  Special and Punitive
damages in the amount of 60,000,000 or acceptable equivalent.

# Count 8

### Civil Liability of withheld records that is not explicitly stated above

**Laws Violated:**

> Breach of contract
> Negligence Cal Civ 1714(a)
> Fraud  Cal Civ 1709,1710
> Cal Civil 3531
> Probably violation of Criminal Statues
> Any other statues the would be appropriate in addition to
> the above

## Facts:

a. In OATH holdings 3/12/2018 response to the request for
   production.   OATH holdings Objected to furnishing the
   internal records generated buy all 9 requested items.
   This covers any all withheld documents and any civil
   liability generated that is not explicitly stated of
   covered buy the above counts.

b. I believe that this shows that there is evidence in
   existence to support the claim that  yahoo employees may
   halve knowingly did not attempt to correct the problem.
   Also that yahoo knowingly exported emails out side of the
   company without a court order and with no way to police
   the downstream use of the emails.  I also believe that it
   will show that yahoo was quite negligent, or at least had
   a duty to provided a working email account free from
   security breaches and failed to do this.

c. I also believe that this constitutes a Fraud in that
   Yahoo has obviously intentionally prevented the discovery
   of the true facts in this situation.

d. Also for no apparent reason in the transcripts or stated
   buy the defendant or the court house, the court was

unable to set a trial date for this claim and dismissed
it with out a final judgement on 8-10-2018.

## Statement of Harm:

I believe that this would show that yahoo knowingly
participated in a scheme to cause harm and failed, even after
being contacted to even attempt to correct the problem. This has
created major stress,  caused damage to my health, slurred my
name, incorrect information has been put on medical charts. I
believe the records would also show criminal intent or at least
a deliberate intent to cause harm.  It has wasted years of my
life trying to simple get them to correct this.

## Damages:

This has caused permanent damage to my health,  taken
years to partially correct.   Maid it impossible to continue in
my profession as I practiced it before these issues had to be
dealt with.   I am asking for General,   Special and Punitive
damages in the amount of 60,000,000 or acceptable equivalent.

## Requested Damages.

As a result of the miss representation of my name, over a
multi year time frame, the  amount off time necessary to correct
this situation,  the stress,  the damage to my health,   I am
now 52,  it is unlikely that I would be able to return to a
normal carrier or profession as I once practiced it.   It is un
clear how the exported email were used.   It is my belief  that
they were used to contact people and attorneys and be aware of

venues and court cases that I engaged in would be off interest to some people. It has maid it very difficult to find an attorney.  Yahoo has also not freely furnished any records off the contacts to customer service or contacts buy a hostile third party.   In the request for discovery,  they did not deny that they exist,   but even if furnished at this late date,  it would be almost impossible to pursue civil action against any one but Yahoo.   I will always halve health issues that will probably re-surface later in life.  Personal security issues, both electronic and physical.   The fact that I will always be looking over my shoulder due to these events.   I am on a Watch List in the FBI West Virginia data center that will also impede future hiring, so for all intensive purposes,  I need to plane and provided a nest egg that will allow for a quality  of living the rest of my life.   Yahoo beers quit a bitt off responsibility in this situation.   I am their for Demanding 60,000,000 as compensation for the negligence of the company and to make the Plaintiff Whole.  It is my understanding that their has been some corporate reorganization.   I am not 100 percent sure where yahoo mail landed.


## Background on Plaintiffs Previous Military Service and Executed Contractual Agreements.


These issues halve been around me and what's left off my family for many years.  You halve to make a decision on what you are going to do,  and how far you will go.   Over the years,  I halve vehemently complained to the appropriate Government agencies,  such as the FBI and FCC and several branches off the Military. Including the NSA, and CIA.   When asked to furnish the results off what was requested and or what was found, through the official Federal FOIA records office,  the requests for records are simply denied.  See Exhibits 24 and 25.   Both off these are records request denial's that sight executive order 13526 as a reason to deny the request.

It is my understanding that at least one of the national datacenters is failing to clear me for any civil activity.

There are some basic requirements to filling this and be plaintiff.   You must be over 18 and not halve a guardian.   It is also my understand that at some level,  it is illegal to start a law suite while in Jail for pure civil compensation. But prisoners are more than welcome to use the courts for any other reason than monetary compensation for harm.   It is also my understanding that some government/military contracts release large sums of money in exchange for no further civil process. It is my understanding that there is some very high level records that indicated I had worked at one point for the US Government.  If you ask the government,  they will tell you the same thing,  they halve no records that will support this failure.

     If counsel or the court house disagrees with this please try to substantiate why the capacity to sue is set to can be sued but cannot sue for the owner of the email account.

     This is why I halve brought this suite in that name of the trust.   It is my understanding that this will allow this court to set a scheduling order and hopefully then concluded this matter or proceeded to trial.

David S Braun

Dail S Brus

10/16/2020